**In the Matter of the Care and Treatment of Eric MCENTEE a/k/a Eric J. McEntee, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79752**

Missouri Court of Appeals, Western District.

ORDER FILED: July 5, 2017

Chelsea R. Mitchell, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Presiding Judge, and Lisa White Hardwick and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Eric McEntee appeals from the Judgment and Commitment Order of the Circuit Court of Jackson County, Missouri,

Probate Division, entered after a jury found McEntee to be a sexually violent predator. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).